**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ ___ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☒ **2nd** Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Terry Ann Chambers** JOINT DEBTOR: ____________ CASE NO.: **15-21586-JKO**

Last Four Digits of SS# **xxx-xx-2011** Last Four Digits of SS# ____________

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

| | | | | | | |
|---|---|---|---|---|---|---|
| A. | $ **860.08** | for months | **1** | to | **14** | ; |
| B. | $ **2,901.31** | for months | **15** | to | **15** | ; |
| C. | $ **1,018.20** | for months | **16** | to | **60** | ; in order to pay the following creditors: |

Administrative: Attorney's Fee - $ **4,175.00 (3500 + 150 costs + $500M2Modify + $25 costs)** TOTAL PAID $ **690.00**

Balance Due $ **3,485.00** payable $ **146.25** /month (Months **1** to **14** )
payable $ **1,437.55** /month (Months **15** to **15** )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. **Seterus, Inc.** Payoff Total $ **25,097.88 (Debtor is paying entire mortgage balance in plan.)**

Address: **P.O. Box 2008 Grand Rapids, MI 49501-2008**
Account No: **Account No: xxxxx9824**

Payable $ **423.64** /month (Months **1** to **14** )
Payable $ **500.00** /month (Months **15** to **15** )
Payable $ **479.26** /month (Months **16** to **60** )

2. **Plantation Club Association** Arrearage on Petition Date $ **7,909.48**

Address: **6625 West Broward Blvd.; Fort Lauderdale, FL 33317**
Account No: **110 C**

Arrears Payment $ **9.08** /month (Month **1** to **14** )
Arrears Payment $ **417.29** /month (Months **15** to **15** )
Arrears Payment $ **163.67** /month (Months **16** to **60** )
Regular Payment $ **249.67** /month (Months **1** to **14** )
Regular Payment $ **282.71** /month (Months **15** to **60** )

Unsecured Creditors: Pay $ **0.00** /month (Months _ to _).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Modification being in month 15 which is September, 2016.

Volkswagon Credit Inc: Debtor will pay claim directly outside the plan.

Debtor shall increase payments to unsecured creditors over and above payments provided through the Plan up to 100% of allowed unsecured claims (as of the filing of this plan, the claims bar date has expired and no unsecured creditors have filed a claim).

Effective March, 2016, the Debtor will commence paying Plantation Club Association $100.00 a month, directly outside the plan, for a period of 24 months in order to pay a special assessment imposed by the association.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Gabriel Gonzalez
**Gabriel Gonzalez, Esq.**
Attorney for Debtor with Debtor's Knowledge and Consent

Date: 9/6/2016

LF-31 (rev. 01/08/10)

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com Best Case Bankruptcy